**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. |
| **Plaintiff,** | JUDGE 2:18 cr 94 |
| vs. | |
| **JOHN R. CACARO,** | Judge Watson |
| **Defendant.** | |

FILED
RICHARD W. NAGEL
CLRK OF COURT

2018 MAY -3 PM 3: 14

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

## GOVERNMENT'S PLEA AGREEMENT SUBMISSION OF ELEMENTS AND PENALTIES FOR 18 U.S.C. § 1343 AND 18 U.S.C. § 1957

### I. ELEMENTS OF COUNT 1: 18 U.S.C. § 1343 (Wire Fraud)

First: The defendant devised a scheme to defraud or to obtain money or property by materially false or fraudulent pretenses, representations, or promises (or willfully participated in such a scheme with knowledge of its fraudulent nature);

Second: The defendant acted with the intent to defraud;

Third: That in advancing, furthering, or carrying out the scheme, the defendant transmitted in interstate commerce or caused the transmission of any writing, signal, or sound of some kind by means of a wire, radio, or television communication in interstate commerce; and

Fourth: These acts occurred in whole or in part within the Southern District of Ohio.

### II. PENALTIES OF COUNT 1: 18 U.S.C. § 1343 (Wire Fraud)

Mandatory Minimum:   None.

Possible Maximum:   20 years in prison
$250,000 fine
3 years of supervised release
$100 special assessment

### III. ELEMENTS OF COUNT 2: 18 U.S.C. § 1957 (Money Laundering)

First: The defendant knowingly engaged or attempted to engage in a monetary transaction;

Second: The monetary transaction was of a value greater than $10,000;

Third: The monetary transaction involved criminally derived property;

Fourth: The criminally derived property was derived from specified unlawful activity (i.e., wire fraud, in violation of 18 U.S.C. § 1343);

Fifth: The defendant knew that the monetary transaction involved criminally derived property; and

Sixth: These acts occurred in whole or in part within the Southern District of Ohio.

### IV. PENALTIES OF COUNT 2: 18 U.S.C. § 1957 (Money Laundering)

Mandatory Minimum: None.

Possible Maximum: 10 years in prison
$250,000 fine
3 years of supervised release
$100 special assessment

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney

s/Jessica H. Kim
JESSICA H. KIM (87831)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-5653
Email: Jessica.Kim@usdoj.gov

2